**DISMISS and Opinion Filed August 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00370-CV

## ONE THOUSAND ONE HUNDRED SIXTY-SEVEN DOLLARS AND FORTY-ONE CENTS (1,167.41), ET AL., Appellant
## V.
## THE STATE OF TEXAS, Appellee

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-05623

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated July 10, 2019, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief nor has she corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190370F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ONE THOUSAND ONE HUNDRED
SIXTY-SEVEN DOLLARS AND FORTY-
ONE CENTS (1,167.41), ET AL.,
Appellant

No. 05-19-00370-CV          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-05623.
Opinion delivered by Chief Justice Burns,
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee the State of Texas recover its costs, if any, of this appeal from appellant Tabrina Manning.

Judgment entered August 22, 2019